UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDNA TAJONERA, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0366**<br> c/w 13-0550, 13-5137, 13-2496,<br> 13-5508, 13-6022, 13-6099,<br> 13-6413, 14-374, and 14-1714 |
| **BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., et al.** | **SECTION: "G"(5)** |

## ORDER

Considering the above-captioned case,

**IT IS HEREBY ORDERED** that the separately filed suits bearing civil action numbers 13-0366, 13-0050, 13-5137, 13-2496, 13-5508, 13-6022, 13-6099, 13-6413, 14-0374, and 14-1714 will be consolidated for trial in the interest of judicial efficiency.

**IT IS FURTHER ORDERED** that, since liability discovery is complete with limited exceptions, the stay in this case is lifted.

**IT IS FURTHER ORDERED** that the trial in this matter will commence on June 20, 2016.

**IT IS FURTHER ORDERED** that the parties file a joint proposed pretrial order, joint proposed jury instructions, and a joint proposed verdict form by 5:00 p.m. on October 22, 2015. With regard to any instructions or verdict form item upon which the parties cannot agree, the parties must file a memorandum supporting their position with factual and legal authority. A conference to discuss the joint proposed pretrial order, joint proposed jury instructions, and joint proposed verdict form will be held on November 5, 2015 at 3:00 p.m.

**IT IS FURTHER ORDERED** that any party wishing to proceed with additional liability discovery must file a motion with the Court requesting leave. The parties may proceed with damages discovery without first requesting leave of the Court.

**IT IS FURTHER ORDERED** that all damages discovery be completed by January 15, 2016.  All dispositive motions with respect to damages or damages experts must be set for hearing by March 15, 2016.

**IT IS FURTHER ORDERED** that a final pretrial conference will be held on May 26, 2016 at 3:00 p.m.

**IT IS FURTHER ORDERED** that if the Government wishes to file a response to any motions pending, it must do so within thirty days of the date of this Order.

**NEW ORLEANS, LOUISIANA**, this ___20th___ day of May, 2015.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**